**Motion for Rehearing Granted, Memorandum Opinion filed June 20, 2013, Withdrawn, Appeal Reinstated** **and Order filed August 8, 2013**



In The

# Fourteenth Court of Appeals

_____

NO. 14-13-00252-CV
_____

**CHRISTOPHER MULGREW, Appellant**

**V.**

**SPECTRASEIS, INC., Appellee**

**On Appeal from the 281st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-41761**

## ORDER

On June 20, 2013, this court issued an opinion dismissing this appeal. On, July 5, 2013, appellant filed a motion for rehearing. Appellee filed a response July 19, 2013. The motion is **GRANTED**.

This court's opinion filed June 20, 2013, is **WITHDRAWN**, and our judgment of that date is **VACATED.** The appeal is ordered **REINSTATED.**

PER CURIAM


Panel consists of Justices Brown, Christopher, and McCally.